[No. 25846-7-III. Division Three. February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD DAVID WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-1-01435-0, Susan L. Hahn, J., entered January 18, 2007. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Stephens, J. Pro Tem.

[No. 25530-1-III. Division Three. February 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHERYL LYNN REHAK, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00481-1, Vic L. VanderSchoor, J., entered September 14, 2006. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Stephens, J. Pro Tem.

[No. 25699-5-III. Division Three. February 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LAYTON WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00743-7, Robert G. Swisher, J., entered November 16, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 57240-7-I. Division One. March 3, 2008.]

*In the Matter of the Detention of* CHARLES JOHNSON, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-00133-8, George N. Bowden, J., entered October 24, 2005. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Cox, J.